UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONALD HOLTZ,<br><br>                    Plaintiff,<br><br>     v.<br><br>JOELLA PHILLIPS, Physician Assistant; PETER BECK, MSW, M-Div, Mental Health Program Manager; WASHINGTON DEPARTMENT OF CORRECTIONS, SECRETARY BERNARD WARNER, ACTING ASSISTANT SECRETARY KEVIN BOVENKAMP, DEPUTY DIRECTOR SCOTT R. FRAKES, (DOC) MANAGER/MEDICAL DIRECTOR ROY GONZALEZ, (DOC) HEALTH CARE MANAGER MARY JOE CURREY, COYOTE RIDGE CORRECTIONS CENTER, SUPERINTENDENT JEFFREY UTTEHT, HEALTH CARE MANAGER DARREN CHLIPALA, DR. B. RODRIGUEZ, PSYCHIATRIST DR. MICHAEL REZNICEK, WASHINGTON STATE PENITENTIARY, SUPERINTENDENT, STEVEN SINCLAR, MEDICAL DIRECTOR JAMES EDWARDS, DR. F. SMITH, MENTAL HEALTH PHYSICIAN MELANIE HOWARD, AMERICAN DISABILITIES SPECIALIST HOLLY DE/CAMBRE (DOC), in official and individual capacities, CHIEF MEDICAL OFFICER G. STEVEN HAMMOND, PH.D.,<br><br>                    Defendants. | No.  4:CV-14-5018-EFS<br><br>**ORDER DENYING MR. HOLTZ'S MOTION FOR STAY/EXTENSION OF TIME AND TEMPORARY RESTRAINING ORDER, AND CAUTIONING MR. HOLTZ** |

On April 14, 2015, the Court directed Plaintiff Ronald Holtz to provide the Court with his updated contact information no later than April 24, 2015, if he had been released from state custody. ECF No.

ORDER - 1

185. As of the date of this Order, the Court has not received a responsive filing or updated contact information from Mr. Holtz. Defendants filed a notice on April 16, 2015, advising that Mr. Holtz had been released from state custody on April 5, 2015, and that he is now under community supervision. ECF No. 186. Defendants provided the Court with the Mr. Holtz's last reported address to the Department of Corrections. The Court accepts this reported address as Mr. Holtz's current address and will send documents to that address, absent an address correction being filed by Mr. Holtz.

The Court cautions Mr. Holtz that failure to notify the Court as to any change in address or contact information, or failure to respond to Court orders, can result in dismissal of this lawsuit for failure to prosecute or imposition of other sanctions. *See* Fed. R. Civ. P. 41(b); L.R. 83.3(i); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962) (recognizing the district court's authority to dismiss a lawsuit because of the plaintiff's failure to prosecute the lawsuit).

Also, before the Court is Mr. Holtz's Motion for Stay/Extension of Time and Temporary Restraining Order/Injunction, ECF No. 183, which seeks relief relating to Mr. Holtz's earned-time credit, to law-library access, and from Scheduling Order deadlines because of his asserted difficulties with preparing the case while in prison—all matters that pertain to Mr. Holtz's prior incarceration. Because Mr. Holtz has been released, the Court denies as moot his motion.

For the above reasons, **IT IS HEREBY ORDERED**:

1. Mr. Holtz's Motion for Stay/Extension of Time and Temporary Restraining Order/Injunction, **ECF No. 183**, is **DENIED AS MOOT**.

ORDER **-** 2

2. The Clerk's Office shall update Mr. Holtz's address to 2011 East 57th, Tacoma, WA 98404.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and forward a copy to Mr. Holtz and counsel.

**DATED** this  28th  day of April 2015.

_____
EDWARD F. SHEA
Senior United States District Judge

Q:\EFS\Civil\2014\5018.deny.stay.address.lc1.docx

ORDER - 3